**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jennifer McCarty, LeRoy Griffin, Josh Downing, and
Tamika Downing, Defendants,

Of whom LeRoy Griffin is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2022-000690

―――――――――

Appeal From Horry County
Ronald R. Norton, Family Court Judge

―――――――――

Unpublished Opinion No. 2022-UP-369
Submitted September 21, 2022 – Filed October 3, 2022

―――――――――

**AFFIRMED**

―――――――――

Harry A. Hancock, of Columbia, for Appellant.

Lesley Ann Sasser, of Law Office of Lesley Ann Sasser,
LLC, of Conway, as the Guardian ad Litem for
Appellant.

Scarlet Bell Moore, of Greenville; and Laura Jo Bardsley, of South Carolina Department of Social Services, of Bennettsville, both for Respondent.

Michael Julius Schwartz, of Russell B. Long, PA, of Myrtle Beach, for the Guardian ad Litem for the Children.

---

**PER CURIAM:** LeRoy Griffin appeals the family court's permanency planning order that granted custody of his minor children to Josh and Tamika Downing and closed the case. *See* S.C. Code Ann. § 63-7-1700 (Supp. 2021). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987),[1] we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Griffin's counsel.

**AFFIRMED.**[2]

**GEATHERS, MCDONALD, and HILL, JJ., concur.**

---

[1] *See also S.C. Dep't of Soc. Servs. v. Downer*, S.C. Sup. Ct. Order dated Feb. 2, 2005 (expanding the *Cauthen* procedure to situations when "an indigent person appeals from an order imposing other measures short of termination of parental rights").

[2] We decide this case without argument pursuant to Rule 215, SCACR.